CITY OF NEW ROCHELLE, Appellant, *v.* MORGAN H. SEACORD, Respondent, Impleaded with Others.

Argued June 1, 1939; decided June 21, 1939.

622

*Aaron Simmons, Corporation Counsel (Murray C. Fuerst* of counsel), for appellant.

*Lyle Evans Mahan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.